```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 04 B 40487
   MARY COSTABILE
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

           Debtor
   SSN XXX-XX-0015

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 11/01/2004 and was confirmed 12/16/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 11/19/2007.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------
LASALLE BANK              CURRENT MORTG        .00            .00             .00
BANK FIRST                UNSECURED      NOT FILED            .00             .00
BANK FIRST                UNSECURED      NOT FILED            .00             .00
HOUSEHOLD FINANCE CORP    UNSECURED        6280.87            .00         6280.87
ECAST SETTLEMENT CORP     UNSECURED         469.43            .00          469.43
CITIFINANCIAL             UNSECURED      NOT FILED            .00             .00
CHARMING SHOPPES FASHION  UNSECURED         620.80            .00          620.80
ECAST SETTLEMENT CORP     UNSECURED        1118.32            .00         1118.32
ECAST SETTLEMENT CORP     UNSECURED        2372.69            .00         2372.69
WAL MART STORES INC       UNSECURED      NOT FILED            .00             .00
WELLS FARGO FINANCIAL IL  UNSECURED         718.52            .00          718.52
WELLS FARGO FINANCIAL BA  UNSECURED        2286.75            .00         2286.75
WELLS FARGO FINANCIAL IL  UNSECURED        2281.45            .00         2281.45
RESURGENT CAPITAL SERVIC  UNSECURED       12915.26            .00        12915.26
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      1,780.20                       1,780.20
TOM VAUGHN                TRUSTEE                                         1,906.57
DEBTOR REFUND             REFUND                                            370.09

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                33,120.95

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                   29,064.09
ADMINISTRATIVE                               1,780.20
TRUSTEE COMPENSATION                         1,906.57
DEBTOR REFUND                                  370.09
                       ---------------    ---------------
TOTALS                 33,120.95            33,120.95

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 40487 MARY COSTABILE
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/28/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE